NOT FOR PUBLICATION (Doc. No. 7)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL 711 HEALTH & WELFARE AND VACATION FUNDS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TDA CONSTRUCTION COMPANY <br><br> Defendant. | Civil. No. 16-877 (RBK/KMW) <br><br> **ORDER and JUDGMENT** |

**Kugler,** United States District Judge:

**THIS MATTER** having come before the Court upon Plaintiffs International Union of Painters and Allied Trades District Council 711 Health & Welfare and Vacation Funds, Finishing Trades Institute, and Vincent M. Lane ("Plaintiffs")'s Motion for Default Judgment (Doc. No. 7), and the Court having considered the Plaintiffs' unopposed moving papers and the affidavits and exhibits appended thereto, and for the reasons expressed in the Opinion issued on this date;

**IT IS HEREBY ORDERED** that Plaintiffs' motion for entry of default judgment against Defendant TDA Construction Company is **GRANTED**.

**IT IS HEREBY FURTHER ORDERED** that the Clerk enter judgment against TDA Construction Company in the amount of **$286,132.98**.

**IT IS HEREBY FURTHER ORDERED** that the Clerk of Court shall **CLOSE THIS CASE**.

Dated:  02/16/2017 

s/ Robert B. Kugler
ROBERT B. KUGLER
United States District Judge